IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PEGGY SHUMPERT, individually and as the　　　　　　　　　　　　　　　　PLAINTIFFS
Administrator of the Estate of Antwun Shumpert, Sr.,
THE ESTATE OF ANTWUN SHUMPERT, SR., and
CHARLES FOSTER

V.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:16-CV-120-SA-DAS

THE CITY OF TUPELO, MISSISSIPPI,
MAYOR JASON SHELTON, CHIEF BART AGUIRRE, and
OFFICER TYLER COOK　　　　　　　　　　　　　　　　DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the City's Motion for Summary Judgment [188] on all of the Plaintiffs' claims against it is GRANTED. The Plaintiffs' claims against the City of Tupelo, as well as their official capacity claims against Shelton, Aguirre, and Cook are DISMISSED with prejudice.

SO ORDERED, this the 6th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE