IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PEGGY SHUMPERT, individually and as the                                              PLAINTIFFS
Administrator of the Estate of Antwun Shumpert, Sr.,
THE ESTATE OF ANTWUN SHUMPERT, SR., and
CHARLES FOSTER

V.                                                        CIVIL ACTION NO. 1:16-CV-120-SA-DAS

CITY OF TUPELO, MISSISSIPPI,
MAYOR JASON SHELTON,
CHIEF BART AGUIRRE, and
OFFICER TYLER COOK                                                                  DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, Tyler Cook's Motion for Summary Judgment [190] on all of the Plaintiffs' claims is GRANTED. All of the Plaintiffs' claims against Cook are DISMISSED with prejudice. Because all of the Plaintiffs' claims against the City of Tupelo, as well as their official capacity claims against Shelton, Aguirre, and Cook were previously dismissed by other orders of this Court, there are no remaining claims. All claims are DISMISSED with prejudice, and this CASE is CLOSED.

SO ORDERED, on this the 6th day of November, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE