IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PEGGY SHUMPERT, individually and as the                                PLAINTIFFS
Administrator of the Estate of Antwun Shumpert, Sr.,
THE ESTATE OF ANTWUN SHUMPERT, SR., and
CHARLES FOSTER

V.                                   CIVIL ACTION NO. 1:16-CV-120-SA-DAS

CITY OF TUPELO, MISSISSIPPI,
MAYOR JASON SHELTON,
CHIEF BART AGUIRRE, and
OFFICER TYLER COOK                                            DEFENDANTS

FINAL JUDGMENT

The Court dismissed all of the Plaintiffs' claims in this case by way of summary judgment. *See* Orders [209, 211]. The Court has now resolved all other pending issues. *See* Order [213]. With no remaining matters to address, the Court enters this FINAL JUDGMENT for the DEFENDANTS on all claims. This CASE is DISMISSED with prejudice.

SO ORDERED, this the 16th day of November, 2017.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT JUDGE